**Form 941-X:** Adjusted Employer's QUARTERLY Federal Tax Return or Claim for Refund
(Rev. April 2022)   Department of the Treasury — Internal Revenue Service

OMB No. 1545-0029

**Employer identification number (EIN):** [redacted]

**Name** (not your trade name): American Lighting Company Inc

**Trade name** (if any):

**Address:**
- Number, Street: 3012 5th Ave South
- Suite or room number:
- City: Birmingham
- State: AL
- ZIP code: 35233
- Foreign country name:
- Foreign province/county:
- Foreign postal code:

**Return You're Correcting...**
Check the type of return you're correcting.
- [X] 941
- [ ] 941-SS

Check the ONE quarter you're correcting.
- [ ] 1: January, February, March
- [ ] 2: April, May, June
- [X] 3: July, August, September
- [ ] 4: October, November, December

Enter the calendar year of the quarter you're correcting.
2021 (YYYY)

Enter the date you discovered errors.
01 / 31 / 2022 (MM / DD / YYYY)

Read the separate instructions before completing this form. Use this form to correct errors you made on Form 941 or 941-SS. Use a separate Form 941-X for each quarter that needs correction. Type or print within the boxes. You MUST complete all five pages. Don't attach this form to Form 941 or 941-SS unless you're reclassifying workers; see the instructions for line 42.

**Part 1:** Select ONLY one process. See page 6 for additional guidance, including information on how to treat employment tax credits and social security tax deferrals.

[ ] 1. **Adjusted employment tax return.** Check this box if you underreported tax amounts. Also check this box if you overreported tax amounts and you would like to use the adjustment process to correct the errors. You must check this box if you're correcting both underreported and overreported tax amounts on this form. The amount shown on line 27, if less than zero, may only be applied as a credit to your Form 941, Form 941-SS, or Form 944 for the tax period in which you're filing this form.

[X] 2. **Claim.** Check this box if you overreported tax amounts only and you would like to use the claim process to ask for a refund or abatement of the amount shown on line 27. Don't check this box if you're correcting ANY underreported tax amounts on this form.

**Part 2:** Complete the certifications.

[ ] 3. I certify that I've filed or will file Forms W-2, Wage and Tax Statement, or Forms W-2c, Corrected Wage and Tax Statement, as required.

**Note:** If you're correcting underreported tax amounts only, go to Part 3 on page 2 and skip lines 4 and 5. If you're correcting overreported tax amounts, for purposes of the certifications on lines 4 and 5, Medicare tax doesn't include Additional Medicare Tax. Form 941-X can't be used to correct overreported amounts of Additional Medicare Tax unless the amounts weren't withheld from employee wages or an adjustment is being made for the current year.

4. If you checked line 1 because you're adjusting overreported federal income tax, social security tax, Medicare tax, or Additional Medicare Tax, check all that apply. You must check at least one box.
I certify that:

[ ] a. I repaid or reimbursed each affected employee for the overcollected federal income tax or Additional Medicare Tax for the current year and the overcollected social security tax and Medicare tax for current and prior years. For adjustments of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

[ ] b. The adjustments of social security tax and Medicare tax are for the employer's share only. I couldn't find the affected employees or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

[ ] c. The adjustment is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

5. If you checked line 2 because you're claiming a refund or abatement of overreported federal income tax, social security tax, Medicare tax, or Additional Medicare Tax, check all that apply. You must check at least one box.
I certify that:

[ ] a. I repaid or reimbursed each affected employee for the overcollected social security tax and Medicare tax. For claims of employee social security tax and Medicare tax overcollected in prior years, I have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

[ ] b. I have a written consent from each affected employee stating that I may file this claim for the employee's share of social security tax and Medicare tax. For refunds of employee social security tax and Medicare tax overcollected in prior years, I also have a written statement from each affected employee stating that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

[ ] c. The claim for social security tax and Medicare tax is for the employer's share only. I couldn't find the affected employees, or each affected employee didn't give me a written consent to file a claim for the employee's share of social security tax and Medicare tax, or each affected employee didn't give me a written statement that he or she hasn't claimed (or the claim was rejected) and won't claim a refund or credit for the overcollection.

[X] d. The claim is for federal income tax, social security tax, Medicare tax, or Additional Medicare Tax that I didn't withhold from employee wages.

For Paperwork Reduction Act Notice, see the separate instructions.   www.irs.gov/Form941X   Cat. No. 17025J   Form **941-X** (Rev. 4-2022)

**Exhibit A - 941X for Q3 2021 & Form 2848 Power of Attorney**

| Name (not your trade name) | Employer Identification number (EIN) | Correcting quarter 3 (1, 2, 3, 4) |
|---|---|---|
| American Lighting Company Inc | | Correcting calendar year (YYYY) 2021 |

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank.

| | | Column 1<br>Total corrected amount (for ALL employees) | | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) | | Column 4<br>Tax correction |
|---|---|---|---|---|---|---|---|---|
| 6. | Wages, tips, and other compensation (Form 941, line 2) | | − | | = | | Use the amount in Column 1 when you prepare your Forms W-2 or Forms W-2c. | |
| 7. | Federal income tax withheld from wages, tips, and other compensation (Form 941, line 3) | | − | | = | | Copy Column 3 here. | |
| 8. | Taxable social security wages (Form 941 or 941-SS, line 5a, Column 1) | | − | | = | | × 0.124* = <br>* If you're correcting your employer share only, use 0.062. See instructions. | |
| 9. | Qualified sick leave wages* (Form 941 or 941-SS, line 5a(i), Column 1) | | − | | = | | × 0.062 = | |
| | *Use line 9 only for qualified sick leave wages paid after March 31, 2020, for leave taken before April 1, 2021. | | | | | | | |
| 10. | Qualified family leave wages* (Form 941 or 941-SS, line 5a(ii), Column 1) | | − | | = | | × 0.062 = | |
| | *Use line 10 only for qualified family leave wages paid after March 31, 2020, for leave taken before April 1, 2021. | | | | | | | |
| 11. | Taxable social security tips (Form 941 or 941-SS, line 5b, Column 1) | | − | | = | | × 0.124* = <br>* If you're correcting your employer share only, use 0.062. See instructions. | |
| 12. | Taxable Medicare wages & tips (Form 941 or 941-SS, line 5c, Column 1) | | − | | = | | × 0.029* = <br>* If you're correcting your employer share only, use 0.0145. See instructions. | |
| 13. | Taxable wages & tips subject to Additional Medicare Tax withholding (Form 941 or 941-SS, line 5d) | | − | | = | | × 0.009* = <br>* Certain wages and tips reported in Column 3 shouldn't be multiplied by 0.009. See instructions. | |
| 14. | Section 3121(q) Notice and Demand—Tax due on unreported tips (Form 941 or 941-SS, line 5f) | | − | | = | | Copy Column 3 here. | |
| 15. | Tax adjustments (Form 941 or 941-SS, lines 7 through 9) | | − | | = | | Copy Column 3 here. | |
| 16. | Qualified small business payroll tax credit for increasing research activities (Form 941 or 941-SS, line 11a; you must attach Form 8974) | | − | | = | | See instructions | |
| 17. | Nonrefundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 11b) | | − | | = | | See instructions | |
| 18a. | Nonrefundable portion of employee retention credit* (Form 941 or 941-SS, line 11c) | 2,401.25 | − | 0.00 | = | 2,401.25 | See instructions | −2,401.25 |
| | *Use line 18a only for corrections to quarters beginning after March 31, 2020, and before January 1, 2022. | | | | | | | |
| 18b. | Nonrefundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021, and before October 1, 2021 (Form 941 or 941-SS, line 11d) | | − | | = | | See instructions | |
| 18c. | Nonrefundable portion of COBRA premium assistance credit (Form 941 or 941-SS, line 11e) | | − | | = | | See instructions | |
| 18d. | Number of individuals provided COBRA premium assistance (Form 941 or 941-SS, line 11f) | | − | | = | | | |
| 19. | Special addition to wages for federal income tax | | − | | = | | See instructions | |
| 20. | Special addition to wages for social security taxes | | − | | = | | See instructions | |
| 21. | Special addition to wages for Medicare taxes | | − | | = | | See instructions | |

**Exhibit A - 941X for Q3 2021 & Form 2848 Power of Attorney**

**Name** (not your trade name): American Lighting Company Inc

**Employer Identification number (EIN):** [redacted]

**Correcting quarter** 3 (1, 2, 3, 4)
**Correcting calendar year (YYYY)** 2021

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank. (continued)

| | | Column 1<br>Total corrected amount (for ALL employees) | | Column 2<br>Amount originally reported or as previously corrected (for ALL employees) | | Column 3<br>Difference (If this amount is a negative number, use a minus sign.) | | Column 4<br>Tax correction |
|---|---|---|---|---|---|---|---|---|
| 22. | Special addition to wages for Additional Medicare Tax | | − | | = | | See instructions | |
| 23. | Combine the amounts on lines 7 through 22 of Column 4 | | | | | | | −2,401.25 |
| 24. | Deferred amount of social security tax* (Form 941 or 941-SS, line 13b) | | − | | = | | See instructions | |
| | *Use this line to correct the employer deferral for the second quarter of 2020 and the employer and employee deferral for the third and fourth quarters of 2020. | | | | | | | |
| 25. | Refundable portion of credit for qualified sick and family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 13c) | | − | | = | | See instructions | |
| 26a. | Refundable portion of employee retention credit* (Form 941 or 941-SS, line 13d) | 52,164.25 | − | 0.00 | = | 52,164.25 | See instructions | −52,164.25 |
| | *Use line 26a only for corrections to quarters beginning after March 31, 2020, and before January 1, 2022. | | | | | | | |
| 26b. | Refundable portion of credit for qualified sick and family leave wages for leave taken after March 31, 2021, and before October 1, 2021 (Form 941 or 941-SS, line 13e) | | − | | = | | See instructions | |
| 26c. | Refundable portion of COBRA premium assistance credit (Form 941 or 941-SS, line 13f) | | − | | = | | See instructions | |
| 27. | Total. Combine the amounts on lines 23 through 26c of Column 4 | | | | | | | −54,565.50 |

**If line 27 is less than zero:**

- If you checked line 1, this is the amount you want applied as a credit to your Form 941 or 941-SS for the tax period in which you're filing this form. (If you're currently filing a Form 944, Employer's ANNUAL Federal Tax Return, see the instructions.)
- If you checked line 2, this is the amount you want refunded or abated.

**If line 27 is more than zero,** this is the amount you owe. Pay this amount by the time you file this return. For information on how to pay, see *Amount you owe* in the instructions.

| | | Column 1 | | Column 2 | | Column 3 |
|---|---|---|---|---|---|---|
| 28. | Qualified health plan expenses allocable to qualified sick leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 19) | | − | | = | |
| 29. | Qualified health plan expenses allocable to qualified family leave wages for leave taken before April 1, 2021 (Form 941 or 941-SS, line 20) | | − | | = | |
| 30. | Qualified wages for the employee retention credit* (Form 941 or 941-SS, line 21) | 59,369.92 | − | 0.00 | = | 59,369.92 |
| | *Use line 30 only for corrections to quarters beginning after March 31, 2020, and before January 1, 2022. | | | | | |
| 31a. | Qualified health plan expenses for the employee retention credit* (Form 941 or 941-SS, line 22) | 18,580.80 | − | 0.00 | = | 18,580.80 |
| | *Use line 31a only for corrections to quarters beginning after March 31, 2020, and before January 1, 2022. | | | | | |
| 31b. | Check here if you're eligible for the employee retention credit in the third or fourth quarter of 2021 solely because your business is a recovery startup business . . . . . . . . . . . . . . . ☐ | | | | | |
| 32. | Credit from Form 5884-C, line 11, for this quarter* (Form 941 or 941-SS, line 23) | | − | | = | |
| | *Use line 32 only for corrections to quarters beginning after March 31, 2020, and before April 1, 2021. | | | | | |

**Exhibit A - 941X for Q3 2021 & Form 2848 Power of Attorney**

| | | | Employer identification number (EIN) | Correcting quarter 3 (1, 2, 3, 4) |
|---|---|---|---|---|
| Name (not your trade name) | | | | Correcting calendar year (YYYY) |
| American Lighting Company Inc | | | | 2021 |

**Part 3:** Enter the corrections for this quarter. If any line doesn't apply, leave it blank. *(continued)*

| | | Column 1 | Column 2 | Column 3 |
|---|---|---|---|---|
| | | Total corrected amount (for ALL employees) | − Amount originally reported or as previously corrected (for ALL employees) | = Difference (If this amount is a negative number, use a minus sign.) |
| 33a. | Qualified wages paid March 13 through March 31, 2020, for the employee retention credit* (Form 941 or 941-SS, line 24) | . | − . | = . |
| | *Use line 33a only for corrections to the second quarter of 2020. | | | |
| 33b. | Deferred amount of the employee share of social security tax included on Form 941 or 941-SS, line 13b* (Form 941 or 941-SS, line 24) | . | − . | = . |
| | *Use line 33b only for corrections to the third and fourth quarters of 2020. | | | |
| 34. | Qualified health plan expenses allocable to wages reported on Form 941 or 941-SS, line 24* (Form 941 or 941-SS, line 25) | . | − . | = . |
| | *Use line 34 only for corrections to the second quarter of 2020. | | | |

**Caution:** Lines 35–40 apply only to quarters beginning after March 31, 2021.

| 35. | Qualified sick leave wages for leave taken after March 31, 2021, and before October 1, 2021 (Form 941 or 941-SS, line 23) | . | − . | = . |
|---|---|---|---|---|
| 36. | Qualified health plan expenses allocable to qualified sick leave wages for leave taken after March 31, 2021, and before October 1, 2021 (Form 941 or 941-SS, line 24) | . | − . | = . |
| 37. | Amounts under certain collectively bargained agreements allocable to qualified sick leave wages for leave taken after March 31, 2021, and before October 1, 2021 (Form 941 or 941-SS, line 25) | . | − . | = . |
| 38. | Qualified family leave wages for leave taken after March 31, 2021, and before October 1, 2021 (Form 941 or 941-SS, line 26) | . | − . | = . |
| 39. | Qualified health plan expenses allocable to qualified family leave wages for leave taken after March 31, 2021, and before October 1, 2021 (Form 941 or 941-SS, line 27) | . | − . | = . |
| 40. | Amounts under certain collectively bargained agreements allocable to qualified family leave wages for leave taken after March 31, 2021, and before October 1, 2021 (Form 941 or 941-SS, line 28) | . | − . | = . |

**Exhibit A - 941X for Q3 2021 & Form 2848 Power of Attorney**

| Name (not your trade name) | Employer identification number (EIN) | Correcting quarter 3 (1, 2, 3, 4) |
|---|---|---|
| American Lighting Company Inc | [redacted] | Correcting calendar year (YYYY) 2021 |

**Part 4: Explain your corrections for this quarter.**

☐ 41. Check here if any corrections you entered on a line include both underreported and overreported amounts. Explain both your underreported and overreported amounts on line 43.

☐ 42. Check here if any corrections involve reclassified workers. Explain on line 43.

43. You must give us a detailed explanation of how you determined your corrections. See the instructions.

After original 941 filing, it was determined that the company qualified for the Employee Retention Credit.

**Part 5: Sign here. You must complete all five pages of this form and sign it.**

Under penalties of perjury, I declare that I have filed an original Form 941 or Form 941-SS and that I have examined this adjusted return or claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

X Sign your name here [signature]

Print your name here: Matthew Andrews
Print your title here: Attorney

Date: 03/27/2023
Best daytime phone: (251) 660-0888

**Paid Preparer Use Only**

Check if you're self-employed ☐

| | | | |
|---|---|---|---|
| Preparer's name | Amanda White | PTIN | P03042045 |
| Preparer's signature | | Date | 03/27/2023 |
| Firm's name (or yours if self-employed) | EJ Saad PC | EIN | [redacted] |
| Address | P.O. Box 851207 | Phone | (251) 660-0888 |
| City | Mobile | State AL  ZIP code | 36685 |

Page 5                                                                 Form **941-X** (Rev. 4-2022)

**Exhibit A - 941X for Q3 2021 & Form 2848 Power of Attorney**

| Form **2848** (Rev. January 2021) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ▶ Go to www.irs.gov/Form2848 for instructions and the latest information. | OMB No. 1545-0150 **For IRS Use Only** Received by: Name _____ Telephone _____ Function _____ Date __/__/__ |
|---|---|---|

**Check Form for Common Errors & Reminders**

### Part I   Power of Attorney

Caution: A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address Legal Business Name AMERICAN LIGHTING COMPANY INC. Business Address 3012 5TH AVE SOUTH Business Address BIRMINGHAM, AL 35233 | Taxpayer identification number(s) ███████████ |
|---|---|
| | Daytime telephone number POA 251-660-0888 | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

| Name and address EJ Saad, PC/Matthew Andrews PO Box 851207 Mobile, AL 36685 Check if to be sent copies of notices and communications ☑ | CAF No. 0315-05746R PTIN P02528906 Telephone No. 251-660-0888 Fax No. _____ Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
|---|---|
| Name and address Check if to be sent copies of notices and communications ☐ | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address (Note: IRS sends notices and communications to only two representatives.) | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |
| Name and address (Note: IRS sends notices and communications to only two representatives.) | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ Check if new: Address ☐  Telephone No. ☐  Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized** (you are required to complete line 3). Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Payroll | 941 | 2020 thru 2021 |
| Payroll | 941-X | 2020 thru 2021 |
| | | |

**4   Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . . ▶ ☑

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information):   ☑ Access my IRS records via an Intermediate Service Provider;
☐ Authorize disclosure to third parties;   ☑ Substitute or add representative(s);   ☑ Sign a return; _____

This power of attorney is being filed pursuant to 26CFR 1.6012-1(a)(5), which requires a power of attorney to be attached to a return, if the return is signed by an agent by reason of for specific permission to act as a representative for other good cause.

☐ Other acts authorized: _____

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.   Cat. No. 11980J   Form **2848** (Rev. 1-2021)

**Exhibit A - 941X for Q3 2021 & Form 2848 Power of Attorney**

Form 2848 (Rev. 1-2021)     Page **2**

**b Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

**6 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here .......................................................................................................................................................... ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7 Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| *Bruce W. Compton* (Signature) | 02/21/2023 Date | PRESIDENT Title (if applicable) |
|---|---|---|
| BRUCE W COMPTON Print name | | AMERICAN LIGHTING COMPANY INC Print name of taxpayer from line 1 if other than individual |

### Part II   Declaration of Representative

Under penalties of perjury, by my signature below I declare that:
- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

**a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
**b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
**c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.
**d** Officer—a bona fide officer of the taxpayer organization.
**e** Full-Time Employee—a full-time employee of the taxpayer.
**f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
**g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
**h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*
**k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
**r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

Note: For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| a | AL | 1672E47A | *(signed)* | 3·24·23 |
| a | MS | 103151 | *(signed)* | 3·24·23 |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2021)

**Exhibit A - 941X for Q3 2021 & Form 2848 Power of Attorney**