CAF



Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0038

| | |
|---|---|
| Notice | CP210 |
| Tax period | June 30, 2020 |
| Notice date | July 10, 2023 |
| Employer ID number | |
| To contact us | Phone 800-829-0115 |
| Page 1 of 2 | |



160077-1-25-1 P3 T45 15993 1 AV 0.471
AMERICAN LIGHTING COMPANY INC
EJ SAAD
%MATTHEW ANDREWS
PO BOX 851207
MOBILE AL 36685-1207

Changes to your June 30, 2020 Form 941

# Overpayment: $41,258.55

We changed your June 30, 2020 Form 941.
As a result, your overpayment is $41,258.55.

### Summary

| | |
|---|---:|
| Amount due on account before adjustment | $0.00 |
| Tax – Decrease | 6,063.24 |
| Credits - Increase | 32,750.76 |
| Credit interest allowed | 2,444.55 |
| **Overpayment** | **$41,258.55** |



Continued on back...

**Exhibit B - IRS Overpayment Notices for Q2 2020, Q3 2020, Q1 2021, & Q2 2021**

| | |
|---|---|
| Notice | CP210 |
| Tax period | June 30, 2020 |
| Notice date | July 10, 2023 |
| Employer ID number | |
| Page 2 of 2 | |

## What you need to do

Review this notice, and compare our changes to the information on your tax return.

**If you agree with the changes we made**

- If you haven't already received a refund check for $41,258.55, you should receive it within 2-3 weeks as long as you don't owe other tax or debts we're required to collect.

**If you don't agree with the changes**

- Call 800-829-0115 to review your account.
- If we don't hear from you, we'll assume you agree with the information in this notice.
- If you've already paid your balance in full within the past 14 days or made payments arrangements, please disregard this notice.

## Next steps

Report the $2,444.55 in interest as taxable income on your tax return for this year.

## Additional information

- Visit IRS.gov/cp210.
- Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax period and form number you are writing about.
- Keep this notice for your records.



**Exhibit B - IRS Overpayment Notices for Q2 2020, Q3 2020, Q1 2021, & Q2 2021**

CAF



Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0038

| Notice | CP210 |
|---|---|
| Tax period | September 30, 2020 |
| Notice date | July 10, 2023 |
| Employer ID number | |
| To contact us | Phone 800-829-0115 |
| Page 1 of 2 | |



160077-1-25-1 P3 T45 15995 1 AV 0.471
AMERICAN LIGHTING COMPANY INC
EJ SAAD
%MATTHEW ANDREWS
PO BOX 851207
MOBILE AL 36685-1207

Changes to your September 30, 2020 Form 941

# Overpayment: $1,295.53

We changed your September 30, 2020 Form 941.

As a result, your overpayment is $1,295.53.

**Summary**

| Amount due on account before adjustment | $0.00 |
|---|---|
| Tax – Decrease | 1,185.99 |
| Credit interest allowed | 109.54 |
| **Overpayment** | **$1,295.53** |



Continued on back...

| | |
|---|---|
| Notice | CP210 |
| Tax period | September 30, 2020 |
| Notice date | July 10, 2023 |
| Employer ID number | |
| Page 2 of 2 | |

### What you need to do

Review this notice, and compare our changes to the information on your tax return.

**If you agree with the changes we made**

- If you haven't already received a refund check for $1,295.53, you should receive it within 2-3 weeks as long as you don't owe other tax or debts we're required to collect.

**If you don't agree with the changes**

- Call 800-829-0115 to review your account.
- If we don't hear from you, we'll assume you agree with the information in this notice.
- If you've already paid your balance in full within the past 14 days or made payments arrangements, please disregard this notice.

### Next steps

Report the $109.54 in interest as taxable income on your tax return for this year.

### Additional information

- Visit IRS.gov/cp210.
- Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax period and form number you are writing about.
- Keep this notice for your records.



**Exhibit B - IRS Overpayment Notices for Q2 2020, Q3 2020, Q1 2021, & Q2 2021**

CAF



Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0038

| | |
|---|---|
| Notice | CP210 |
| Tax period | March 31, 2021 |
| Notice date | July 10, 2023 |
| Employer ID number | |
| To contact us | Phone 800-829-0115 |
| Page 1 of 2 | |



160077-1-25-1 P3 T45 15994 1 AV 0.471
AMERICAN LIGHTING COMPANY INC
EJ SAAD
%MATTHEW ANDREWS
PO BOX 851207
MOBILE AL 36685-1207

Changes to your March 31, 2021 Form 941
# Overpayment: $58,199.12

We changed your March 31, 2021 Form 941.
As a result, your overpayment is $58,199.12.

### Summary

| | |
|---|---:|
| Amount due on account before adjustment | $0.00 |
| Tax – Decrease | 8,454.60 |
| Credits - Increase | 46,803.41 |
| Credit interest allowed | 2,941.11 |
| **Overpayment** | **$58,199.12** |



Continued on back...

**Exhibit B - IRS Overpayment Notices for Q2 2020, Q3 2020, Q1 2021, & Q2 2021**

| | |
|---|---|
| Notice | CP210 |
| Tax period | March 31, 2021 |
| Notice date | July 10, 2023 |
| Employer ID number | |
| Page 2 of 2 | |

| | |
|---|---|
| **What you need to do** | Review this notice, and compare our changes to the information on your tax return. |
| | **If you agree with the changes we made** |
| | • If you haven't already received a refund check for $58,199.12, you should receive it within 2-3 weeks as long as you don't owe other tax or debts we're required to collect. |
| | **If you don't agree with the changes** |
| | • Call 800-829-0115 to review your account. |
| | • If we don't hear from you, we'll assume you agree with the information in this notice. |
| | • If you've already paid your balance in full within the past 14 days or made payments arrangements, please disregard this notice. |
| **Next steps** | Report the $2,941.11 in interest as taxable income on your tax return for this year. |
| **Additional information** | • Visit IRS.gov/cp210. |
| | • Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676). |
| | • You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax period and form number you are writing about. |
| | • Keep this notice for your records. |



**Exhibit B - IRS Overpayment Notices for Q2 2020, Q3 2020, Q1 2021, & Q2 2021**

CAF



Department of the Treasury
Internal Revenue Service
Cincinnati, OH  45999-0038

| | |
|---|---|
| **Notice** | CP210 |
| **Tax period** | June 30, 2021 |
| **Notice date** | July 17, 2023 |
| **Employer ID number** | |
| **To contact us** | Phone 800-829-0115 |
| **Page 1 of 2** | |



J6553-0484037 P019 T01222 00484037    1 AV 0.471
AMERICAN LIGHTING COMPANY INC
EJ SAAD
%MATTHEW ANDREWS
PO BOX 851207
MOBILE, AL 36685-1207

Changes to your June 30, 2021 Form 941
# Overpayment: $57,230.35

We changed your June 30, 2021 Form 941.
As a result, your overpayment is $57,230.35.

### Summary

| | |
|---|---:|
| Amount due on account before adjustment | $0.00 |
| Tax – Decrease | 8,269.95 |
| Credits - Increase | 46,120.48 |
| Credit interest allowed | 2,839.92 |
| **Overpayment** | **$57,230.35** |

Continued on back...

**Exhibit B - IRS Overpayment Notices for Q2 2020, Q3 2020, Q1 2021, & Q2 2021**

| | |
|---|---|
| Notice | CP210 |
| Tax period | June 30, 2021 |
| Notice date | July 17, 2023 |
| Employer ID number | |
| Page 2 of 2 | |

| | |
|---|---|
| **What you need to do** | Review this notice, and compare our changes to the information on your tax return.<br>**If you agree with the changes we made**<br>• If you haven't already received a refund check for $57,230.35, you should receive it within 2-3 weeks as long as you don't owe other tax or debts we're required to collect.<br>**If you don't agree with the changes**<br>• Call 800-829-0115 to review your account.<br>• If we don't hear from you, we'll assume you agree with the information in this notice.<br>• If you've already paid your balance in full within the past 14 days or made payments arrangements, please disregard this notice. |
| **Next steps** | Report the $2,839.92 in interest as taxable income on your tax return for this year. |
| **Additional information** | • Visit IRS.gov/cp210.<br>• Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).<br>• You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax period and form number you are writing about.<br>• Keep this notice for your records. |

**Exhibit B - IRS Overpayment Notices for Q2 2020, Q3 2020, Q1 2021, & Q2 2021**