
IRS Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0038

In reply refer to: 0244704437
June 26, 2023    LTR 105C    3
                 202109 01           1
Input Op:  0244704437 00000707
                              BODC: SB

AMERICAN LIGHTING COMPANY INC
% MATTHEW ANDREWS
EJ SAAD
PO BOX 851207
MOBILE  AL  36685-1207

027960

```
Taxpayer identification number:
             Kind of tax: Employment
   Date of claims received: Apr. 03, 2023
           Tax period : Sep. 30, 2021
```

Dear Taxpayer:

                    WE CAN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the tax period listed at
the top of this letter.

                 WHY WE CAN'T ALLOW YOUR CLAIM

We can't allow your claim for Employee Retention Tax Credit

The Internal Revenue Service has received your Form 941X for tax
period ending Sep. 30, 2021. The adjustment could not be processed as
requested. The maximum amount of Employee Retention Credit which can
be claimed by an employer which is a recovery startup business is
$50,000.00 per quarter.

                   WHAT TO DO IF YOU DISAGREE

You have the right to appeal our decision to disallow your claim.
You can represent yourself before Appeals or you can have an attorney,
certified public accountant, enrolled agent, or any other person
authorized to practice before the IRS represent you. To have someone
represent you, attach Form 2848, Power of Attorney and Declaration of
Representative, (or similar written power of attorney) to your written
statement. If we don't hear from you within 30 days from the date of
this letter, we will process your case with the information we have
now.

For claims $25,000 or less, you can request a small dollar case
appeal. You must prepare a formal protest for a disallowed claim over
$25,000.

To request a small dollar case appeal:

**Exhibit C - IRS 105C Letter Disallowing ERC Claim for Q3 2021**

```
                                                          0244704437
                                     June 26, 2023    LTR 105C    3
                                                       202109 01      1
                                     Input Op:   0244704437 00000708
```

AMERICAN LIGHTING COMPANY INC
% MATTHEW ANDREWS
EJ SAAD
PO BOX 851207
MOBILE   AL   36685-1207


1. Prepare a written statement that you want to appeal to the Office of Appeals.
2. List the tax periods or years and disallowed items you disagree with and why you don't agree with each item.
3. Provide your name, address, taxpayer identification number, daytime telephone number, and a copy of this letter.
4. Mail your appeal request to the address at the top of the first page of this letter.

To prepare a formal protest:
1. Prepare a written statement that you want to appeal to the Office of Appeals.
2. List the tax periods or years and disallowed items you disagree with and why you don't agree with each item.
3. Provide your name, address, taxpayer identification number, daytime telephone number, and a copy of this letter.
4. Include a detailed statement of facts with names, amounts, locations, etc., to support your reasons for disputing the disallowance.
5. If you know the particular law or authority that supports your position, identify that law or authority by providing a legal citation.
6. Sign the perjury statement below and include it with your written appeal. If your authorized representative prepares the request for an appeal, he or she must sign the statement.
7. Mail your written formal protest to the address at the top of the first page of this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

"Under penalties of perjury, I declare that the facts present on my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

_____     _____
Signature                             Date

_____     _____
Spouse's signature, if a joint return  Date

STATEMENT BY INDIVIDUAL AUTHORIZED TO PRACTICE BEFORE THE IRS

"Under penalties of perjury, I declare that I prepared the written statement and accompanying documents. To the best of my knowledge the protest and accompanying documents are true and correct."

**Exhibit C - IRS 105C Letter Disallowing ERC Claim for Q3 2021**

```
                                              0244704437
                                June 26, 2023   LTR 105C    3
                                                202109 01        1
                                Input Op:  0244704437 00000709
```



AMERICAN LIGHTING COMPANY INC
% MATTHEW ANDREWS
EJ SAAD
PO BOX 851207
MOBILE  AL  36685-1207

027960

_____   _____  _____
Signature of representative   Enrollment number  Date

Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).

## HOW TO CONTACT US

If you have questions, you can call 800-829-0115.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (    )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

Sincerely yours,

*Michelle Momsen*

Michelle Momsen, Field Director
Accounts Management-Cincinnati

Enclosures:
Publication 1
Envelope

**Exhibit C - IRS 105C Letter Disallowing ERC Claim for Q3 2021**

 **IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0038



AMERICAN LIGHTING COMPANY INC
% MATTHEW ANDREWS
EJ SAAD
PO BOX 851207
MOBILE   AL   36685-1207

027960

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
                            0244704437
     BODCD-

Use for inquiries only
                    Letter Number: LTR0105C
                    Letter Date  : 2023-06-26
                    Tax Period   : 202109


*****1691

INTERNAL REVENUE SERVICE

CINCINNATI   OH   45999-0038

AMERICAN LIGHTING COMPANY INC
% MATTHEW ANDREWS
EJ SAAD
PO BOX 851207
MOBILE   AL   36685-1207

630691691 UP AMER 01 2 202109 670 00000000000

---

The IRS address must appear in the window.
                            0244704437
     BODCD-

Use for payments
                    Letter Number: LTR0105C
                    Letter Date  : 2023-06-26
                    Tax Period   : 202109

*****1691

INTERNAL REVENUE SERVICE

OGDEN   UT   84201-0102

AMERICAN LIGHTING COMPANY INC
% MATTHEW ANDREWS
EJ SAAD
PO BOX 851207
MOBILE   AL   36685-1207

630691691 UP AMER 01 2 202109 670 00000000000

**Exhibit C - IRS 105C Letter Disallowing ERC Claim for Q3 2021**